# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>   Plaintiff,<br><br> v.<br><br>HANG YAN FOU, et al.,<br><br>   Defendants. | Case No. 1:16-cv-00214-AWI-SKO<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>(ECF No. 13) |

  Due to the conflicts in the Court's calendar, the settlement conference set for June 13, 2016 at 10:00 a.m. in Courtroom 9 is moved to 12:30 p.m. on that same date.

  Accordingly, IT IS HEREBY ORDERED that the settlement conference in this action is continued to June 13, 2016, at 12:30 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **May 25, 2016**

                UNITED STATES MAGISTRATE JUDGE