# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>            Plaintiff,<br><br>     v<br><br>HAN YAN FOU, et al.,<br><br>            Defendants. | Case No.  1:16-cv-00214-AWI-SKO<br><br>ORDER AMENDING ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

Due to a clerical error the order following settlement; vacating date and directing parties to file dispositive documents within thirty days is amended at 1:20-21 as follows:

2. Dispositional documents shall be filed within thirty (30) days the date of docketing of this order.

IT IS SO ORDERED.

Dated:   **June 14, 2016**                              _____
                                                         UNITED STATES MAGISTRATE JUDGE

1